UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| JENNIFER KENNEDY, | ) | |
| Plaintiff, | ) | 2:12-cv-0202-GMN-VCF |
| vs. | ) | |
| R.M.L.V., LLC etc; *et al.*, | ) | O R D E R |
| Defendant, | ) | |

This matter was referred to the undersigned Magistrate Judge to schedule an Early Neutral Evaluation. *See*, Order (#28).

The Court having reviewed this matter and good cause appearing therefore,

IT IS HEREBY ORDERED that no Early Neutral Evaluation hearing will be scheduled at this time inasmuch as an ENE was held only twenty-five days ago in 2:11-cv-1787-GMN-VCF. and because the consolidated matter does not suggest a different result for a joint Early Neutral Evaluation hearing.

DATED this   22d   day of May, 2012.

ROBERT J. JOHNSTON
United States Magistrate Judge