```
 1  ROBERT J. WALSH, ESQ.
    Nevada Bar No.: 003836
 2  WALSH & FRIEDMAN, LTD.
    400 S. Maryland Parkway
 3  Las Vegas, NV 89101
    (702) 474-4600
 4  cmoreno@walshandfriedman.com

 5  JANET S. MARKLEY, ESQ.
    Nevada Bar No.: 004009
 6  LAW OFFICES OF JANET S. MARKLEY
    1000 Nevada Hwy., Ste. 102
 7  Boulder City, NV 89005
    (702)294-6529
 8  markley@janmarkleylaw.com

 9  Attorneys for Defendants/Counterclaimant

10
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VAIVA YOUNG, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) CASE NO.: 2:11-CV-01787-GMN-VCF |
| R.M.L.V., LLC, a domestic limited- | ) (Consolidated) |
| liability company; and PAUL FISICHELLA, ) | |
| individually, | ) |
| Defendants. | ) |
| _____ | ) |
| R.M.L.V., LLC, a domestic limited- | ) ***STIPULATION AND ORDER TO*** |
| liability company; and PAUL FISICHELLA, ) | ***DISMISS*** |
| individually, | ) |
| Counterclaimants. | ) |
| vs. | ) |
| VAIVA YOUNG, | ) |
| Counterdefendant. | ) |
| _____ | ) |
| JENNIFER KENNEDY, | ) |
| Plaintiff, | ) |
| vs. | ) |

| | |
|---|---|
| R.M.L.V., LLC, a domestic limited-liability company; and PAUL FISICHELLA, individually, | ) ) ) ) |
| Defendants | ) ) |
| R.M.L.V., LLC a domestic limited-liability company; and PAUL FISICHELLA, individually, | ) ) ) ) |
| Counterclaimants, | ) ) |
| vs. | ) ) |
| JENNIFER KENNEDY, | ) ) |
| Counterdefendant. | ) ) ) |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs/Counterdefendants VAIVA YOUNG and JENNIFER KENNEDY individually, by and through their attorney of record, ANDRE LAGOMARSINO, ESQ.., and Defendants/Counterclaimants, R.M.L.V., LLC, and PAUL FISICHELLA, individually, by and through their counsel, ROBERT WALSH, ESQ. and JANET S. MARKLEY, ESQ, that the above-entitled action be dismissed with prejudice as to Defendants R.M.L.V., LLC, and PAUL FISICHELLA and Counterdefendants VAIVA YOUNG and JENNIFER KENNEDY.

///
///
///
///
///
///
///

IT IS FURTHER STIPULATED AND AGREED that each of the above-mentioned parties will bear their own attorneys' fees and costs.

DATED this ___ day of August, 2012.

BY: _____  
JANET MARKLEY, ESQ.  
Nevada Bar No. 004009  
1000 Nevada Way, #102  
Boulder City, Nevada 89005  
(702) 294-6529  

AND  

ROBERT J. WALSH, ESQ.  
Nevada Bar No.: 003836  
WALSH AND FRIEDMAN, LTD.  
400 S. Maryland Pkwy.  
Las Vegas, Nevada 89101  
(702) 474-4660  
Attorneys for Defendants/Counterclaimants  

BY: _____  
ANDRE LAGOMARSINO, ESQ.  
Nevada Bar No. 006711  
PARKER SCHEER LAGOMARSINO  
9555 S. Eastern Ave., #210  
Las Vegas, Nevada 89123  
(702) 383-2864  
Attorney for Plaintiffs/Counterdefendants  

## ORDER

Based upon the Stipulation of the parties hereto, and good cause appearing therefor,

IT IS HEREBY ORDERED that the above-entitled action shall be dismissed in its entirety with prejudice as to Defendants R.M.L.V., LLC and PAUL FISICHELLA and Counterdefendants, VAIVA YOUNG and JENNIFER KENNEDY.

IT IS FURTHER STIPULATED AND AGREED that each of the above-mentioned parties will bear their own attorneys' fees and costs.

DATED this 23rd day of August, 2012.

_____  
DISTRICT JUDGE

Submitted by:

_____  
JANET S. MARKLEY, ESQ.  
Nevada Bar No.: 4009  
1000 Nevada Way, Ste. 102  
Boulder City, Nevada 89005  
Attorneys for Defendants/Counterclaimants