ROBERT J. WALSH, ESQ.
Nevada Bar No.: 003836
WALSH & FRIEDMAN, LTD.
400 S. Maryland Parkway
Las Vegas, NV 89101
(702) 474-4600
cmoreno@walshandfriedman.com

JANET S. MARKLEY, ESQ.
Nevada Bar No.: 004009
LAW OFFICES OF JANET S. MARKLEY
1000 Nevada Hwy., Ste. 102
Boulder City, NV 89005
(702)294-6529
markley@janmarkleylaw.com

Attorneys for Defendants/Counterclaimant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VAIVA YOUNG,<br><br>Plaintiff,<br><br>vs.<br><br>R.M.L.V., LLC, a domestic limited-liability company; and PAUL FISICHELLA, individually,<br><br>Defendants.<br>_______________________________<br>R.M.L.V., LLC, a domestic limited-liability company; and PAUL FISICHELLA, individually,<br><br>Counterclaimants.<br><br>vs.<br><br>VAIVA YOUNG,<br><br>Counterdefendant.<br>_______________________________ | CASE NO.: 2:11-CV-01787-GMN-VCF (Consolidated)<br><br>***STIPULATION AND ORDER TO DISMISS*** |

JENNIFER KENNEDY,

Plaintiff,

vs.

R.M.L.V., LLC, a domestic limited-liability company; and PAUL FISICHELLA, individually,

Defendants

R.M.L.V., LLC a domestic limited-liability company; and PAUL FISICHELLA, individually,

Counterclaimants,

vs.

JENNIFER KENNEDY,

Counterdefendant.

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs/Counterdefendants VAIVA YOUNG and JENNIFER KENNEDY individually, by and through their attorney of record, ANDRE LAGOMARSINO, ESQ.., and Defendants/Counterclaimants, R.M.L.V., LLC, and PAUL FISICHELLA, individually, by and through their counsel, ROBERT WALSH, ESQ. and JANET S. MARKLEY, ESQ, that the above-entitled action be dismissed with prejudice as to Defendants R.M.L.V., LLC, and PAUL FISICHELLA and Counterdefendants VAIVA YOUNG and JENNIFER KENNEDY.

///

///

///

///

///

///

IT IS FURTHER STIPULATED AND AGREED that each of the above-mentioned parties will bear their own attorneys' fees and costs.

DATED this 17th day of August, 2012.

BY: ______________________
JANET MARKLEY, ESQ.
Nevada Bar No. 004009
1000 Nevada Way, #102
Boulder City, Nevada 89005
(702) 294-6529

AND

ROBERT J. WALSH, ESQ.
Nevada Bar No.: 003836
WALSH AND FRIEDMAN, LTD.
400 S. Maryland Pkwy.
Las Vegas, Nevada 89101
(702) 474-4660
Attorneys for Defendants/Counterclaimants

BY: ______________________
ANDRE LAGOMARSINO, ESQ.
Nevada Bar No. 006711
PARKER SCHEER LAGOMARSINO
9555 S. Eastern Ave., #210
Las Vegas, Nevada 89123
(702) 383-2864
Attorney for Plaintiffs/ Counterdefendants

**ORDER**

Based upon the Stipulation of the parties hereto, and good cause appearing therefor,

IT IS HEREBY ORDERED that the above-entitled action shall be dismissed in its entirety with prejudice as to Defendants R.M.L.V., LLC and PAUL FISICHELLA and Counterdefendants, VAIVA YOUNG and JENNIFER KENNEDY.

IT IS FURTHER STIPULATED AND AGREED that each of the above-mentioned parties will bear their own attorneys' fees and costs.

DATED this 23rd day of August, 2012.

______________________
DISTRICT JUDGE

Submitted by:

______________________
JANET S. MARKLEY, ESQ.
Nevada Bar No.: 4009
1000 Nevada Way, Ste. 102
Boulder City, Nevada 89005
Attorneys for Defendants/Counterclaimants